IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ann V. Sheehan<br><br>                Plaintiff,<br><br>   v.<br><br>Shippensburg University, *et al.*<br><br>               Defendants. | No. 1:22-cv-1871<br><br>Judge Jennifer P. Wilson<br><br>Electronically Filed Document |

## **ORDER**

**AND NOW**, this 7th day of April, 2025, it is hereby **ORDERED** that the **JOINT MOTION TO EXTEND DEADLINES**, Doc. 42, is **GRANTED**. All deadlines in this Court's November 18, 2024 Order, Doc. 33, are **STAYED** pending resolution of the motion for summary judgment, Doc. 34. Following resolution of the motion, the court will schedule a telephone conference to reset case management deadlines as needed.

                                                  s/Jennifer P. Wilson
                                                  Honorable Jennifer P. Wilson
                                                  United States District Judge