# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANN V. SHEEHAN, | : Civil No. 1:22-CV-1871 |
| Plaintiff, | : |
| v. | : |
| SHIPPENSBURG UNIVERSITY, *et al.*, | : |
| Defendants. | : Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 7th day of July, 2025, in accordance with the accompanying memorandum of law, **IT IS ORDERED** that Defendants' motion for summary judgment is **GRANTED.** (Doc. 34.) Judgment shall be entered in favor of Defendants. The Clerk of Courts is directed to enter judgment in favor of Defendants and close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania